443 A.2d 405

Commonwealth v. Ralph, Sr., Appellant.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

Argued October 19, 1981. Gerald A. Stein, for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.